IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL R. PETERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEAGUE ASSOCIATION OF RISK MANAGEMENT, DAVID BOS, in his individual and official capacities; CITY OF NORFOLK, NEBRASKA, The; JOSH MOENNING, in his individual and official capacities; and ANDREW COLVIN, in his individual and official capacities;<br><br>　　　　　Defendants. | 4:23CV3014<br><br>**ORDER TO SHOW CAUSE** |

　　　This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on February 2, 2023. (Filing No. 1). The Clerk of the Court issued summons for Defendants on February 3, 2023. (Filing No. 8).

　　　Plaintiff filed executed summons returns purportedly showing service upon each Defendant by certified mail. The green certified mail cards indicate Defendants David Bos[1] (Filing No. 9), Andrew Colvin (Filing No. 10), and the City of Norfolk (Filing No. 12) were served on February 8, 2023 and Defendants League Association of Risk Management (Filing No. 11) and Josh Moenning (Filing No. 13) were served on February 9, 2023.

---

[1] The green card for Defendant David Bos is unsigned.

No answer or other responsive pleading has been filed by any Defendant and Plaintiff has taken no further action to prosecute the claims against any Defendant.

Accordingly,

IT IS ORDERED that Plaintiff shall have until June 26, 2023 to show cause why this case should not be dismissed for want of prosecution. The failure to timely comply with this order may result in dismissal of Plaintiff's claims without further notice.

Dated this 5th day of June, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge