IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL R. PETERS,<br><br>        Plaintiff,<br><br>vs.<br><br>LEAGUE ASSOCIATION OF RISK MANAGEMENT, et al.,<br><br>        Defendants. | 4:23-CV-3014<br><br>ORDER |

On the parties' stipulation to dismiss with prejudice (filing 69), this case is dismissed with prejudice, costs taxed to parties incurring them.

Dated this 8th day of August, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge